

# THE THIRTEENTH COURT OF APPEALS

13-19-00215-CV

MOLLY MCARDLE'S L.L.C. D/B/A MOLLY MCARDLE'S SPORTS POOL & KARAOKE
v.
FRANCISCO LARA III, INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF TAMMY ALVARADO, MARCO LARA,
MORANDA LARA, AND PATRICK ALVARADO

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 2014CCV-60836-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

April 15, 2021